FILED

OCT 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA  94103
(415) 565-9600

Attorney for Defendant
JOSE CAMPOS-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.:   CR 05-00149 MHP |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE HEARING** |
| JOSE CAMPOS-GARCIA, et al., | |
| Defendants. | |

Counsel for the above-named defendant requests that the hearing date for the motion to suppress evidence currently scheduled for October 30, 2006 at 10:00 a.m., be continued to December 11, 2006. The defendant further requests that additional pleadings, if any, be filed no later than November 20, 2006. Counsel for the Government, AUSA David Hall, has been contacted and has no objection to this motion.

This continuance is needed for the following reason: defendant filed his NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE in accordance with the court's previously set briefing schedule. The GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE was filed and served in a timely fashion. It was anticipated that the hearing on this motion would be held on October 30, 2006. The Government's responsive pleading, however, disclosed information that was not apparent from discovery received during the pendency of this case. The crux of this information was contained in two exhibits filed in support of the

1  Government's responsive pleading, that is, declarations of two officers of the San Francisco Police
2  Department prepared in response to defendant's initial filing for the motion.
3      Therefore, additional time is required to assess the impact of this disclosure on defendant's
4  Motion to Suppress Evidence, and what, if any, additional pleadings are required in support of the
5  motion. It should also be noted that this court has previously rescheduled another Motion to Suppress
6  to be filed on behalf of co-defendants Elvir, Aguayo, and Moreno, for December 11, 2006.
7      The defendant and counsel for the Government agree that the complexity of the case and the
8  time necessary for effective preparation, taking into account the exercise of due diligence, call for
9  the Speedy Trial clock to be tolled because the ends of justice served by the granting of the
10 continuance outweigh the best interest of the public and defendant in a speedy trial. (18 U.S.C.
11 section 3161(h)(8)(A)(B)(iv).)
12 DATED: October 19, 2006    Respectfully submitted,

MICHAEL GAINES
Attorney for Defendant
JOSE CAMPOS-GARCIA

No objection

/S/
C. DAVID HALL
AUSA

## ORDER

GOOD CAUSE APPEARING, AND FOR THE ABOVE-STATED REASONS, IT IS HEREBY ORDERED that the Motion to Continue the Hearing, now scheduled for October 30, 2006, be continued until December 11, 2006. It is further ordered that additional pleadings in support of defendant's motion shall be filed no later than November 20, 2006.

IT IS SO ORDERED.

DATED: 10/23/06

MARILYN HALL PATEL
District Judge
United States District Court