BRIAN J. STRETCH (CABN 16373)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7223
    FAX: (415) 436-7234
    tom.colthurst@usdoj.gov

Attorneys for United States of America

**FILED**

SEP 28 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 05-CR-00149-EXE |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| VERENICE VALENCIA PENA, | ) |
| Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to the following defendant (and only this defendant), and moves that the Court quash the arrest warrant

////

////

////

NOTICE OF DISMISSAL
Case No. 05-cr-00149-EXE

1  for this defendants issued in connection with this case:  Verenice Valencia Pena (defendant 11).

2  DATED: September 25, 2017                    Respectfully submitted,

3                                               BRIAN J. STRETCH
                                                 United States Attorney

4

5                                               /s/ B. Valliere

                                                 BARBARA J. VALLIERE
6                                                Chief, Criminal Division

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
Case No. 05-cr-00149-EXE

1 ORDER

2 Leave is granted to the government to dismiss the indictment as to the following defendant:
3 Verenice Valencia Pena (defendant 11). It is further ordered that the arrest warrant for this defendant
4 issued in connection with this case is quashed.

5

6
7 Date: 9/28/17

_____
THE HONORABLE EDWARD M. CHEN
8 United States District Judge

NOTICE OF DISMISSAL
Case No. 05-cr-00149-EXE